# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MIKKELSEN GRAPHIC ENGINEERING INC.,**
       **Plaintiff,**

     v.                                                        **Case No. 07C0391**

**ZUND AMERICA INC., et al.,**
       **Defendants.**

## ORDER

On February 20, 2009, plaintiff filed a motion for summary judgment. Along with its motion, plaintiff filed a motion to seal its brief in support of such motion on the ground that it contains information that defendants consider confidential. Plaintiff also filed a version of its brief in which it has redacted the allegedly confidential material.

In order to file documents under seal, the party seeking confidentiality must establish good cause. To show good cause, the party must do more than state its subjective belief that the information is confidential. It must provide objective reasons showing that the material truly is confidential and that the potential harm that public disclosure would cause outweighs the public's interest in open court proceedings. See, e.g., County Materials Corp. v. Allan Block Corp., 502 F.3d 730, 740 (7th Cir. 2007); Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co., 178 F.3d 943, 944-45 (7th Cir. 1999).

Plaintiff's motion to seal does not establish good cause. However, it appears that defendants are the parties interested in maintaining confidentiality. Therefore, the court advises defendants that the court will not preserve the confidentiality of this material unless

defendants include with their response to plaintiff's motion for summary judgment a statement demonstrating good cause.

**SO ORDERED** this 9 day of March, 2009.

/s_____
LYNN ADELMAN
District Judge