# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MIKKELSEN GRAPHIC ENGINEERING INC.,**
       **Plaintiff,**

   v.                                         **Case No. 07C0391**

**ZUND AMERICA INC., et al.,**
       **Defendants.**

## ORDER

On February 20, 2009, plaintiff filed a motion for summary judgment. Along with its motion, plaintiff filed a motion to seal its brief in support of the motion on the ground that it contains information that defendants consider confidential. Plaintiff also filed a version of its brief in which it had redacted the allegedly confidential material. On March 9, 2009, I issued an order advising defendants that if they desired to preserve the confidentiality of the materials cited in plaintiff's brief, they must show good cause. On April 1, 2009, defendants filed a brief in which they indicated that they do not wish to preserve confidentiality. (Docket #79, at 15.) Therefore, the motion to seal will be denied.

For the reasons stated, **IT IS ORDERED** that plaintiff's motion to seal (Docket #71) is **DENIED**. The clerk of court is directed to unseal plaintiff's brief in support of its motion for partial summary judgment (Docket #72, attachment #1). Presently, a redacted version of this brief appears on the electronic docket. The clerk is directed to make the unredacted version available electronically.

Dated at Milwaukee, Wisconsin, this 1 day of June, 2009.

/s_____
LYNN ADELMAN
District Judge