# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MIKKELSEN GRAPHIC
ENGINEERING INC.,**
        **Plaintiff,**

   v.                                                         Case No. 07C0391

**ZUND AMERICA INC., et al.,**
        **Defendants.**

## ORDER

Over the past several months, the parties have filed six motions in which they ask that certain documents filed with the court be kept under seal. (Docket ## 149, 161, 173, 180, 187 & 213.) During a telephonic status conference held on May 20, 2010, I ordered the parties to confer regarding the motions to seal filed prior to that date (i.e., the first five motions) and advise the court whether any of the documents marked as confidential could be unsealed. I also informed the parties that if they could not agree on the removal of confidentiality designations, the party wishing to keep the documents under seal had to show good cause. To date, the parties have shown good cause for keeping the documents associated with Docket ## 161 and 213 confidential, and so these motions to seal will be granted. However, no attempt has been made to show good cause in connection with the documents associated with Docket ## 149, 173, 180 and 187. Thus, these motions to seal will be denied.

**THEREFORE, IT IS ORDERED** that the motions to seal at Docket ## 161 and 213 are **GRANTED**.

**IT IS FURTHER ORDERED** that the motions to seal at Docket ## 149, 173, 180 and 187 are **DENIED**.

Dated at Milwaukee, Wisconsin this 1 day of September, 2010.

/s_____
LYNN ADELMAN
District Judge