# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MIKKELSEN GRAPHIC ENGINEERING, INC.,**
       Plaintiff,

  v.                                                Case No. 07-C-0391

**ZUND AMERICA, INC.,**
       Defendant.

## MEMORANDUM

On July 27, 2012, I received a letter from plaintiff's counsel asking that I instruct the Clerk of Court to enter judgment under Federal Rule of Civil Procedure 58 with respect to certain interlocutory orders issued during the course of this case. The purpose of this memorandum is to inform the parties that the request is denied. Judgments are entered only when an order is already appealable, see Fed. R. Civ. P. 54(a), and I cannot turn an interlocutory order into an appealable order simply by instructing the Clerk to enter judgment. It does not appear to me that the orders plaintiff intends to appeal are already appealable, and so I cannot instruct the Clerk to enter plaintiff's proposed judgment.

Dated at Milwaukee, Wisconsin, this 31st day of July 2012.

                                                    s/ Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge